

# Fourth Court of Appeals
## San Antonio, Texas

September 25, 2018

No. 04-18-00090-CR

Brandon Edward **COLEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR7013
Honorable Frank J. Castro, Judge Presiding

## O R D E R

     After new appellate counsel was appointed and these appeals were reinstated, appellant's brief was ordered to be filed no later than August 9, 2018. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to September 10, 2018. In response to this court's order dated September 14, 2018, appellant's attorney filed a motion requesting an additional extension of time to file the brief until October 10, 2018, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by October 10, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of September, 2018.

_Keith E. Hottle_
Keith E. Hottle,
Clerk of Court